OPINION — AG — **** HOMESTEAD EXEMPTION APPLICATION — CANNOT BE BASED ON CONTRACT TO PURCHASE REAL ESTATE **** A CONTRACT TO PURCHASE REAL ESTATE IS NOT SUFFICIENT EVIDENCE OF OWNERSHIP TO SUPPORT AN APPLICATION FOR HOMESTEAD EXEMPTION. THE DOCTRINE OF AFTER ACQUIRED PROPERTY DOES NOT CREATE TITLE IN THE PURCHASER AT A LATER DATE BASED ON MERELY ON A CONTRACT OF PURCHASE. CITE: 68 O.S. 1970 Supp., 2406 [68-2406], 16 O.S. 1961 7 [16-7] 16 O.S. 1961 4 [16-4], 16 O.S. 1961 17 [16-17] [16-17] (TODD MARKUM) ** OVERRULED BY: OPINION NO. 87-103 (1988) **) ** SEE OPINION NO. 93-554 (1993)